UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRUCE JEFFERSON

V.

OFFICER RICCIO, CAPTAIN ALVES,
UNIT MANAGER BUSH, RICHARD
BARES, CTO SEMINO, KITCHEN
SUPERVISOR FARMER and LT.
MEDFORD

PRISONER
CASE NO. 3:02CV00754(AVC)

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the

Honorable Alfred V. Covello, United States District Judge; and

The defendants having filed a motion for summary judgment and the Court, having

considered the full record of the case, including applicable principles of law, on March 24, 2004,

filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in

favor of the defendants against the plaintiff.

Dated at Hartford, Connecticut, this 25th day of March, 2004.

KEVIN F. ROWE, Clerk

By: _Jo-Ann Walker_____

Jo-Ann Walker
Deputy Clerk

EOD: _____